**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00014-JAD-MDC |
| Plaintiff, | **Order Granting Motion to Dismiss the Indictment Pursuant to Federal Rule of Criminal Procedure 48(a)** |
| v. | |
| TERRANCE NEWELL, | ECF Nos. 28, 33 |
| Defendant. | |

   With good cause appearing, and under Federal Rule of Criminal Procedure 48(a), IT IS ORDERED that the government's motion to dismiss the indictment [**ECF No. 33**] is GRANTED, **the indictment is dismissed** without prejudice, and the trial and all hearings in this case are VACATED.

   It is further ordered that the defendant's motion to suppress [**ECF No. 28**] **is DENIED** without prejudice as moot.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 27, 2024